# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2016

## NO. 03-16-00530-CR

**The State of Texas, Appellant**

**v.**

**Sarah Christine Padon, Appellee**

### APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
### DISMISSED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the order signed by the district court. Having reviewed the record, the Court agrees that this appeal should be consolidated into cause number 03-16-00532-CR and that this cause should be dismissed. Therefore, the Court consolidates this cause, transfers all the records and filings in this cause number to cause number 03-16-00532-CR, and dismisses cause number 03-16-00530-CR. The costs will be assessed on the disposition of cause number 03-16-00532-CR.